UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | No. 1:23-cv-0282 DJC SCR |
| Plaintiff, | |
| v. | ORDER |
| MR VAPE SMOKE SHOP, et al., | |
| Defendants. | |

On October 22, 2024, the Magistrate Judge filed amended findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 14 days. ECF No. 35. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The amended findings and recommendations filed October 22, 2024, ECF No. 35, are adopted in full;

2. Plaintiff's motions for default judgment, (ECF Nos 24, 29) are denied; and

////

1

3. Plaintiff is granted leave to amend the FAC (ECF No. 14); and

4. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated: **December 31, 2024**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE